## IN THE UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF GEORGIA
## ATLANTA DIVISION

| | | |
|---|---|---|
| **DIANE DILLARD,** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | **CIVIL ACTION FILE** |
| **Vs.** | ) | **NO:   1:14-CV-01967-SCJ** |
| | ) | |
| **OWL, INC.,** | ) | |
| | ) | |
| **Defendant.** | ) | |
| | ) | |

## STIPULATION OF DISMISSAL WITH PREJUDICE

Pursuant to Rule 41(a)(1) of the Federal Rules of Civil Procedure, the parties

stipulate to the dismissal with prejudice of this action.

Respectfully submitted, this **28th** day of April, 2015

/s/ JONATHAN D. GAUL             /s/ RALPH GOLDBERG
**Jonathan D. Gaul**              **Ralph Goldberg**
Georgia Bar No. 287875        Georgia Bar No. 299475

**WIMBERLY LAWSON STECKEL**     **GOLDBERG & CUVILLIER, P.C.**
   **SCHNEIDER & STINE, P.C.**      2167 Northlake PKWY, Suite 103
Suite 400, Lenox Towers          Tucker, Georgia   30084
3400 Peachtree Road, N.E.        Phone:   (770) 670-7343
Atlanta, Georgia   30326           Email:   attorneygoldberg@hotmail.com
Phone:   (404) 365-0900
Email:   jdg@wimlaw.com            *Counsel for Plaintiff*

*Counsel for Defendant*

## **CERTIFICATE OF COMPLIANCE**

Pursuant to Local Rules 5.1(C) and 7.1(D), I certify that the foregoing pleading is typewritten using Times New Roman font, fourteen-point type.

DATED this 28th day of April, 2015.

/s/ JONATHAN D. GAUL
**Jonathan D. Gaul**
Georgia Bar No. 287875

WIMBERLY LAWSON STECKEL
    SCHNEIDER & STINE, P C
Suite 400, Lenox Towers
3400 Peachtree Road, N.E.
Atlanta, Georgia   30326
Phone:   (404) 365-0900
Email:   jdg@wimlaw.com                    *Counsel for Defendant*

## IN THE UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF GEORGIA
## ATLANTA DIVISION

| | | |
|---|---|---|
| DIANE DILLARD, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | **CIVIL ACTION FILE** |
| Vs. | ) | **NO:   1:14-CV-01967-SCJ** |
| | ) | |
| OWL, INC., | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

## CERTIFICATE OF SERVICE

This is to certify that I have this day served a copy of the within and foregoing

***Stipulation of Dismissal with Prejudice*** by e-filing to the Clerk of Court and by

depositing same in the United States Mail in a properly addressed envelope with

adequate postage thereon the following:

Laurene Cuvillier
Ralph Goldberg
Goldber & Cuvillier, P.C.
2167 Northlake Pkwy, Suite 103
Tucker, Georgia 30084

Respectfully submitted, this **28th** day of April, 2015.

/S/ JONATHAN D. GAUL
**Jonathan D. Gaul**
Georgia Bar No. 287875

WIMBERLY LAWSON STECKEL
   SCHNEIDER & STINE, P C
Suite 400, Lenox Towers
3400 Peachtree Road, N.E.
Atlanta, Georgia   30326
Phone:   (404) 365-0900
Email:   jdg@wimlaw.com          *Counsel for Defendant*